IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-869-WKW |
| | ) | (WO) |
| MARY WEEKS | ) | |

## ORDER

The Magistrate Judge filed a Recommendation in this case (Doc. # 16) on June 12, 2006, finding that the defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 is due to be denied.  No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1.   The Recommendation of the Magistrate Judge is ADOPTED.

2.   The defendant's motion (Doc. # 1) is DENIED.

DONE this the 3rd day of August, 2006.

          /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE